UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLOBAL PROTECTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> THAI NIPPON RUBBER INDUSTRY; and TNR USA INC., <br><br> Defendants. | Case No. 2:24-cv-00871-JCM-EJY <br><br> **ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to File Under Seal. ECF No. 9. On May 10, 2024, the Court granted this Motion (originally filed under seal at ECF No. 3) and ordered that Plaintiff file a redacted unsealed copy of the Motion on the publicly accessible docket. ECF No. 7. Remarkably, instead of filing the Motion only, Plaintiff filed previously sealed exhibit—**unsealed**—with the unsealed Motion. ECF No. 9 at 8-9. As a courtesy, the Court is reminding Plaintiff that it is its job, not the Court's role, to ensure the accuracy of what is submitted to the docket in this case. The Court is also, striking from the record ECF No. 9 so that it is no longer available for public viewership.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Under Seal (ECF No. 9) is DENIED as moot and STRICKEN from the record.

IT IS FURTHER ORDERED that no later than **May 16, 2024** Plaintiff must file a copy of its Motion for Leave to File Under Seal (ECF No. 3) ***only*** on the publicly accessible docket.

Dated this 14th day of May, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE