KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: elucero@kcnvlaw.com

ARENTFOX SCHIFF LLP
Ross Q. Panko *(pro hac vice)*
1717 K Street NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: ross.panko@afslaw.com

Attorneys for Plaintiff
Global Protection Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PROTECTION CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>THAI NIPPON RUBBER INDUSTRY; and TNR USA INC.,<br><br>Defendants. | Case No. 2:24-cv-00871-JCM-EJY<br><br>**NOTICE OF DISASSOCIATION OF ATTORNEY WITH REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that plaintiff's attorney Morgan R. Pankow, who appeared in the caption on the complaint and other initial filings, is no longer associated with the law firm ArentFox Schiff LLP as of June 1, 2024. An application for admission was not filed for him last month due to his impending departure from

1  the firm, and he is not on the electronic service list. His status on the docket sheet
2  may be modified to terminated.
3  Kaempfer Crowell attorneys Louis M. Bubala III and Ellsie Lucero, as
4  well as pro hac vice attorney Ross Q. Panko of ArentFox Schiff LLP remain as
5  counsel for plaintiff Global Protection Corp.

KAEMPFER CROWELL

*/s/ Louis M. Bubala III*

Louis M. Bubala III, No. 8974
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

ARENTFOX SCHIFF LLP
Ross Q. Panko *(pro hac vice)*
1717 K Street NW
Washington, DC 20006

Attorneys for Plaintiff
Global Protection Corp.

### ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must remove Morgan R. Pankow's name from CM/ECF and the docket so that he no longer receives electronic service of materials filed in this case.

_____
U.S. MAGISTRATE JUDGE

Dated: June 5, 2024