John J. Dabney (*pro hac vice* forthcoming)
District of Columbia Bar No. 480509
Morgan R. Povinelli  (*pro hac vice* forthcoming)
District of Columbia Bar No. 1723448
Snell & Wilmer L.L.P.
2001 K Street NW
Suite 425 North
Washington, D.C. 20006
(202)-908-4260
jdabney@swlaw.com
mpovinelli@swlaw.com

Erin M. Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorneys for Defendants Thai Nippon Rubber Industry and TNR USA Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PROTECTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> THAI NIPPON RUBBER INDUSTRY; and TNR USA INC., <br><br> Defendants. | Case No. 2:24-cv-00871-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [ECF No. 1]** <br><br> *First Request* |

The Parties request that this Court extend the deadline for Defendant TNR USA Inc. to respond to the Complaint [ECF No. 1] to June 26, 2024, because:

1. Plaintiff instituted this action on May 9, 2024.

2. On May 10, 2024, Plaintiff served Defendant TNR USA Inc.

3. On June 5, 2024, defense counsel was retained to represent both Defendants and notified Plaintiff's counsel of the same. Plaintiff had not yet served foreign Defendant Thai Nippon Rubber Industry.

4. The parties agreed that defense counsel would accept service on behalf of Thai Nippon and that both Defendants' response(s) to the Complaint would be due on June 26, 2024, both as a professional courtesy and to avoid conflicting deadlines.

5. This is the first stipulation for extension of time to respond to Plaintiff's Complaint.

6. Defendant TNR's failure to respond by the original deadline of June 3 was the result of excusable neglect, as TNR had not yet retained counsel, but did so only days after the deadline expired.

7. There is good cause to extend the response deadline to allow defense counsel sufficient time to prepare and file Defendants' response(s) and to avoid conflicting deadlines between the two Defendants.

//
//
//
//
//
//
//
//
//
//
//
//

8. The Parties agree to the continuance.

DATED: June 18, 2024.

| SNELL & WILMER L.L.P. | KAEMPFER CROWELL |
|---|---|
| By */s/ Erin M. Gettel* | By */s/ Louis M. Bubala* |
| Erin M. Gettel<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169 | Louis M. Bubala III<br>Ellsie E. Lucero<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135 |
| John J. Dabney<br>(*pro hac vice* forthcoming)<br>Morgan R. Povinelli<br>(*pro hac vice* forthcoming)<br>SNELL & WILMER L.L.P.<br>2001 K Street NW<br>Suite 425 North<br>Washington, D.C. 20006 | Ross Q. Panko (admitted *pro hac vice*)<br>ARENTFOX SCHIFF LLP<br>1717 K Street, NW<br>Washington, DC 20006<br><br>*Attorneys for Plaintiff Global Protection Corp.* |
| *Thai Nippon Rubber Industry; and TNR USA Inc.* | |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: June 18, 2024