KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: elucero@kcnvlaw.com

ARENTFOX SCHIFF LLP
Ross Q. Panko *(pro hac vice)*
Elizabeth H. Denning *(pro hac vice)*
1717 K Street, NW
Washington, DC 20006
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
Email: ross.panko@afslaw.com
Email: elizabeth.denning@afslaw.com

Attorneys for Plaintiff
Global Protection Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PROTECTION CORP., <br><br> Plaintiff and Counterdefendant, <br><br> vs. <br><br> THAI NIPPON RUBBER INDUSTRY; and TNR USA INC., <br><br> Defendants and Counterclaimants. | Case No. 2:24-cv-00871-JCM-EJY <br><br> **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), Plaintiff and Counterdefendant Global Protection Corp. ("Plaintiff" or "Global Protection") and Defendants Thai Nippon Rubber Industry ("Thai Nippon") and TNR USA Inc.

("TNR") (collectively, "Defendants") submit the following Stipulated Discovery Plan and Proposed Scheduling Order:

## I. MEETING

The parties' counsel met telephonically for a Fed. R. Civ. P. 26(f) conference on July 25, 2024.

## II. INITIAL DISCLOSURES

The parties will make Fed. R. Civ. P. 26(a)(1) initial disclosures on or by August 8, 2024.

## III. PROTECTIVE ORDER

The parties intend to seek a protective order under Fed. R. Civ. P 26(c) to facilitate document production and disclosure, while protecting the parties' respective interests in their confidential information. The parties will submit a proposed protective order in a separate filing.

## IV. DISCOVERY PLAN

The parties jointly propose the following discovery plan. The parties request slightly longer periods than what is set forth in LR 26(b) given that the case involves multiple defendants, one of which is based in outside the United States (in Thailand), and also includes a counterclaim. Thus, as compared to the default timelines set forth in LR 26(b), the parties' agreed-upon schedule includes an additional 30 days for the deadline to amend pleadings and add parties, and extends the discovery cut-off and expert disclosures by 90 days.

### A. Discovery Cut-Off Date.

The parties propose that the discovery period run until March 24, 2025.

**B.    Amending the Pleadings and Adding Parties.**

The parties shall file any motions to amend the pleadings or to add parties no later than October 25, 2024.

**C.    Fed. R. Civ. P. 26(a) Disclosures (Experts).**

The parties propose that Fed. R. Civ. P. 26(a)(2) disclosures of experts and expert reports proceed as follows:

1. All parties shall disclose initial experts and expert reports by January 23, 2025;
2. All parties shall disclose rebuttal experts and their reports by February 22, 2025;
3. The parties shall have until the proposed discovery cut-off date to complete all expert depositions.

**D.    Dispositive Motions.**

The parties shall have until April 23, 2025 to file dispositive motions.

**E.    Pretrial Disclosures/Order.**

The joint pretrial order shall be filed no later than May 23, 2025, unless a dispositive motion is filed in which case the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**F.    Alternative Dispute Resolution.**

The parties have conferred about the possibility of using alternative dispute resolution processes. The parties agree this issue is best addressed after some discovery has taken place.

**G.  Alternative Forms of Case Disposition.**

The parties considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), but do not wish to utilize those options at this time.

**H.  Electronic Evidence.**

The parties have considered the possibility of presenting evidence to the jury in electronic format. In the event that any electronic evidence is submitted by either party, the parties understand that such evidence must be submitted in a format that is compatible with the Court's electronic jury evidence display system. The parties will consult the Court's website or contact the courtroom administrator for instructions about how to prepare evidence in a format that meets these requirements.

**I.  Discovery Order Conferences.**

The parties agree that before moving for an order relating to discovery, the movant must request a conference with the assigned magistrate judge.

**V.  AGREEMENT FOR SERVICE OF DISCOVERY BY EMAIL**

The parties agree that, as permitted by Fed. R. Civ. P. 5(b)(2)(E), any party may serve discovery disclosures, requests, responses, or notices on counsel for the other parties in this case by email and that such email service will constitute complete service under Fed. R. Civ. P. 5(b) so long as it is served by email on all listed counsel of record.

This agreement will apply to any and all discovery made or requested under Fed. R. Civ. P. 26, 27, 30, 31, 33, 34, 35, 36, and 45.

## VI. COURT CONFERENCE

The parties do not request a conference with the Court before entry of the scheduling order.

| SNELL & WILMER L.L.P. | KAEMPFER CROWELL |
|---|---|
| /s/ Morgan R. Povinelli | |
| Erin M. Gettel | Louis M. Bubala III, No. 8974 |
| 3883 Howard Hughes Pkwy., Ste. 1100 | Ellsie E. Lucero, No. 15272 |
| Las Vegas, NV 89169 | 1980 Festival Plaza Drive, Ste. 650 |
| | Las Vegas, Nevada 89135 |
| John J. Dabney (*pro hac vice*) | |
| Morgan R. Povinelli (*pro hac vice*) | ARENTFOX SCHIFF LLP |
| Snell & Wilmer L.L.P. | Ross Q. Panko (*pro hac vice*) |
| 2001 K Street NW, Suite 425 | Elizabeth H. Denning (*pro hac vice*) |
| Washington, D.C. 20006 | 1717 K Street, NW |
| | Washington, DC 20006 |
| Attorneys for Defendants Thai Nippon | |
| Rubber Industry and TNR USA Inc. | Attorneys for Plaintiff |
| | Global Protection Corp. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   August 2, 2024