**KAEMPFER CROWELL**
Louis M. Bubala III, No. 8974
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: elucero@kcnvlaw.com

**ARENTFOX SCHIFF LLP**
Ross Q. Panko *(pro hac vice)*
Elizabeth H. Denning *(pro hac vice)*
1717 K Street NW
Washington, DC 20006
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
Email: ross.panko@afslaw.com
Email: elizabeth.denning@afslaw.com

Attorneys for Plaintiff/Counterdefendant
Global Protection Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PROTECTION CORP., <br><br>　　　　Plaintiff and <br>　　　　Counterdefendant, <br><br>vs. <br><br>THAI NIPPON RUBBER INDUSTRY; and TNR USA INC., <br><br>　　　　Defendants and <br>　　　　Counterclaimants. | Case No. 2:24-cv-00871-JCM-EJY <br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## AGREED ORDER

Plaintiff Global Protection Corp. (hereinafter, "Plaintiff") and Defendants Thai Nippon Rubber Industry and TNR USA Inc. (collectively,

"Defendants") (together, the "Parties") having (i) entered into a confidential settlement agreement ("Settlement Agreement") resolving this dispute and (ii) jointly moved for entry of this Agreed Order dismissing with prejudice Plaintiff's claims against Defendants and Defendants' counterclaim against Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff's claims against Defendants are hereby dismissed with prejudice.

2. Defendants' counterclaim against Plaintiff is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 27, 2024

Submitted by:
KAEMPFER CROWELL

Louis M. Bubala III, No. 8974
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

ARENTFOX SCHIFF LLP
Ross Q. Panko *(pro hac vice)*
Elizabeth H. Denning *(pro hac vice)*
1717 K Street NW
Washington, DC 20006

Attorneys for Plaintiff/Counterdefendant

Approved by:
SNELL & WILMER L.L.P.

/s/ Morgan R. Povinelli
John J. Dabney *(pro hac vice)*
Morgan R. Povinelli *(pro hac vice)*
2001 K Street NW
Washington, D.C. 20006

SNELL & WILMER L.L.P.
Erin M. Gettel, No. 13877
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, Nevada 89169

Attorneys for Defendants/Counterclaimants